346 A.2d 260
In the Matter of the EMPLOYEES OF BROWNSVILLE
GENERAL HOSPITAL.
Appeal of PENNSYLVANIA LABOR RELATIONS BOARD.

Supreme Court of Pennsylvania.

Argued Sept. 22, 1975.

Decided Oct. 30, 1975.

James F. Wildeman, Raymond W. Cromer, James L. Crawford, Harrisburg, for appellant.

Ira B. Coldren, Jr., Coldren & Coldren, Uniontown, for appellee.

Before JONES, C. J. and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## ORDER

PER CURIAM.

The issue in this appeal is now moot. The appeal is dismissed.